JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRIMERICA LIFE INSURANCE COMPANY,<br><br>    Plaintiff-in-Interpleader,<br><br>vs.<br><br>TOMAS R. INFANTE, an individual, CHERYL R. INFANTE, and DOES 1 through 10, inclusive,<br><br>    Defendants-in-Interpleader. | CASE NO.: CV 13-6531-GAF(PJWx)<br><br>**ORDER GRANTING STIPULATION OF THE PARTIES FOR:**<br><br>1. **AWARD OF REASONABLE ATTORNEYS' FEES AND COSTS TO PRIMERICA IN THE AMOUNT OF $3,500;**<br>2. **PAYMENT OF REMAINING POLICY BENEFITS TO CHERYL R. INFANTE;**<br>3. **DISCHARGE OF PRIMERICA WITH PREJUDICE;**<br>4. **PERMANENT INJUNCTION; AND**<br>5. **DISMISSAL OF ENTIRE CASE WITH PREJUDICE**<br><br>[Lodged concurrently with Stipulation] |

Having considered the Stipulation of Plaintiff-in-Interpleader Primerica Life Insurance Company ("Primerica") and Defendant-in-Interpleader Cheryl R. Infante, the Court ORDERS as follows:

1.   That Primerica is awarded its reasonable attorneys' fees and costs in the amount of $3,500, which Primerica was forced to incur in bringing its interpleader action, and which amount is to be deducted from the proceeds of Primerica policy number 0433228830 (the "Policy") insuring the life of Charito V. Tolentino (the "Deceased");

2.   That the remaining Policy benefits are to be paid to Defendant-In-Interpleader Cheryl R. Infante;

3.   That upon Primerica's payment of the remaining Policy benefits to Cheryl R. Infante, Primerica and/or its agents, attorneys or assigns are discharged of all liability with respect to the Policy;

4.   That upon Primerica's Primerica's payment of the remaining Policy benefits to Cheryl R. Infante, Defendants-in-Interpleader Cheryl R. Infante and Tomas R. Infante, and each of them, their agents, attorneys or assigns, are enjoined perpetually, restraining each of them, their agents, attorneys or assigns, from instituting any suit at law or equity, or action of any kind whatsoever against Primerica and/or its agents, attorneys or assigns with respect to the Policy and/or the proceeds of the Policy; and

5.   That this case is dismissed with prejudice.

**IT IS SO ORDERED.**

DATED: March 4, 2014

_____
THE HONORABLE GARY A. FEESS
UNITED STATES DISTRICT COURT JUDGE

**JS-6**

BARGER & WOLEN LLP
633 W. FIFTH ST.
FORTY-SEVENTH FLOOR
LOS ANGELES, CA 90071
(213) 680-2800